IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **RECARDO HOLMES,** | : | **CIVIL ACTION FILE NO.** |
| **GDC ID # 182963,** | : | **1:09-CV-03267-WSD-AJB** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **OFFICER STOVALL,** | : | **PRISONER CIVIL RIGHTS** |
| Defendant. | : | **42 U.S.C. § 1983** |

## ORDER FOR SERVICE OF
## <u>REPORT AND RECOMMENDATION</u>

Attached is the Report and Recommendation of the United States Magistrate Judge made in accordance with 28 U.S.C. § 636(b)(1) FED. R. CIV. P. 72(b), and N.D. Ga. R. 72.1(B), (D). Let the same be filed and a copy, together with a copy of this Order, be served upon counsel for the parties or, if a party is not represented, upon that party directly.

Pursuant to 28 U.S.C. § 636(b)(1), each party may file written objections, if any, to the Report and Recommendation within **fourteen (14)** days of service of this Order. Should objections be filed, they shall specify with particularity the alleged error(s) made (including reference by page number to any transcripts if applicable) and shall be served upon the opposing party. The party filing objections will be responsible for obtaining and filing the transcript of any evidentiary hearing for review by the District

Court.  If no objections are filed, the Report and Recommendation may be adopted as the opinion and order of the District Court and any appellate review of factual findings will be limited to a plain error review.  *United States v. Slay*, 714 F.2d 1093 (11th Cir. 1983).

The Clerk is directed to submit the Report and Recommendation with objections, if any, to the District Court after expiration of the above time period.

**IT IS SO ORDERED and DIRECTED**, this ⎯⎯14th⎯⎯ day of ⎯⎯June⎯⎯⎯⎯, 2011.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
**ALAN J. BAVERMAN**
**UNITED STATES MAGISTRATE JUDGE**

AO 72A
(Rev.8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **RECARDO HOLMES,** | : | **CIVIL ACTION FILE NO.** |
| **GDC ID # 182963,** | : | **1:09-CV-03267-WSD-AJB** |
|     **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **OFFICER STOVALL,** | : | **PRISONER CIVIL RIGHTS** |
|     **Defendant.** | : | **42 U.S.C. § 1983** |

### UNITED STATES MAGISTRATE JUDGE'S
### NON-FINAL REPORT AND RECOMMENDATION

Now before the Court are Plaintiff's two Motions for Summary Judgment. [Docs. 18, 20]. Plaintiff seeks summary judgment because, he claims, Defendant has deliberately avoided the two separate attempts that this Court has made to serve him with the complaint in this matter – the first via mail in June 2010, [*see* Docs. 10, 11], the second via personal service by the U.S. Marshal's Service in November 2010, [*see* Docs. 17, 19]. For each attempt, service could not be effected because it was reported that Defendant is no longer employed at Phillips State Prison. [Docs. 11, 19]. Plaintiff insists, however, that Defendant is still employed there and that the failure of service is due to Defendant's having been mistakenly identified as a woman. [*See* Doc. 22].

In any event, Plaintiff may not obtain judgment against a Defendant who has yet to be served. "Generally, where service of process is insufficient, the court has no

power to render judgment and the judgment is void." *Valdez v. Feltman (In re Worldwide Web Sys.)*, 328 F.3d 1291, 1299 (11th Cir. 2003). Moreover, the Court has ascertained from Georgia Department of Corrections personnel records that Officer Eugene Stovall, who began his employment at Phillips State Prison on March 1, 2009, and left there in February 2010, is now employed at Central State Prison, which is located at 4600 Fulton Mill Road in Macon, Georgia, 31208. In a separate Order, the Court will direct the Clerk to serve Stovall by mail at his current place of employment.

For the reasons set forth above, **IT IS RECOMMENDED** that Plaintiff's Motions for Summary Judgment, [Docs. 18, 20], be **DENIED**.

**IT IS SO RECOMMENDED**, this 14th day of June, 2011.

  
**ALAN J. BAVERMAN**  
**UNITED STATES MAGISTRATE JUDGE**

2